# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Premier Logistical Center, Inc. | )  ASBCA No. 61979 |
| | ) |
| Under Contract No. CONUS 18-265 | ) |

APPEARANCE FOR THE APPELLANT:
    Christine M. Rister, Esq.
      Law Office of Christine Rister
      Rockwall, TX

APPEARANCES FOR THE GOVERNMENT:
    Raymond M. Saunders, Esq.
      Army Chief Trial Attorney
    CPT Jeremy D. Burkhart, JA
    Frank A. March, Esq.
      Trial Attorneys

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: May 29, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61979, Appeal of Premier Logistical Center, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals